1  Patric A. Lester (SBN 220092)
   pl@lesterlaw.com
2  Lester & Associates
   5694 Mission Center Road, #358
3  San Diego, CA 92108
   Phone (619) 665-3888
4  Fax (314) 241-5777

5  Attorneys for Plaintiff Jacqueline D. Taylor

6  Rebecca S. Saelao
   rss@severson.com
7  SEVERSON & WERSON
   One Embarcadero Center
8   Ste. 2600
   San Francisco, CA  94111
9  Phone (415) 677-5684
   Fax (415) 956-0439
10
   Attorneys for Defendant ALLY FInancial, Inc.
11

12              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

| JACQUELINE TAYLOR, | ) Case No. CV 15-2579-TJH (AJWx) |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| ALLY FINANCIAL, INC., | ) Honorable Terry J. Hatter |
| Defendant. | ) |

1
**NOTICE OF SETTLEMENT**

1   NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The
2   Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with
3   prejudice within 30 days. The parties requests that all pending dates and filing
4   requirements be vacated and that the Court set a deadline on or after November 30, 2015
5   for filing a joint dismissal.

6
7   Dated November 4, 2015                    /s/ Patric A. Lester
                                               Patric A. Lester
8                                              Attorney for Plaintiff,
                                               Jacqueline Taylor
9

10

11
12  Dated November 4, 2015                    /s/ Rebecca S. Saelao
                                               Rebecca S. Saelao
13                                             Attorney for Defendant,
                                               ALLY FInancial, Inc.
14

15
16                          Signature Certification

17      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies
18  and Procedures Manual, I hereby certify that the content of this document is acceptable
    to Rebecca S. Saelao, counsel for Defendant, and that I have obtained Rebecca S.
19  Saelao's authorization to affix his/her electronic signature to this document.

20
21   Dated November 4, 2015                    /s/ Patric A. Lester
                                                Patric A. Lester
22                                              Attorney for Plaintiff,

23
24
25
26
27
28

| | |
|---|---|
| Filename: | Notice of settlement-1.docx |
| Directory: | C:\Users\patric\AppData\Local\Temp |
| Template: | C:\Documents and Settings\Caroline\Application Data\Microsoft\Templates\28 line CA Times New Roman.dot |
| Title: | 117 joint dismissal |
| Subject: | |
| Author: | PAL |
| Keywords: | |
| Comments: | |
| Creation Date: | 10/26/2015 10:09:00 PM |
| Change Number: | 1 |
| Last Saved On: | 10/26/2015 10:14:00 PM |
| Last Saved By: | patric lester |
| Total Editing Time: | 9 Minutes |
| Last Printed On: | 11/4/2015 10:44:00 PM |

As of Last Complete Printing
    Number of Pages: 2
    Number of Words:    269 (approx.)
    Number of Characters:    1,536 (approx.)