UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL   JS-6

| | |
|---|---|
| Case No. **CV 15-2579-TJH(AJWx)** | Date NOVEMBER 30, 2015 |

Title   JACQUELINE TAYLOR v. ALLY FINANCIAL, INC.,

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of the filed Stipulation to dismiss case, filed November 20, 2015 [24].

It is therefore ordered that this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  This Court orders the case now closed. [JS-6]

All pending hearings are now taken off calendar.

IT IS SO ORDERED.